| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | DOVEL & LUNER, LLP John Jeffrey Eichmann (State Bar No. 227472) |
| 2 | Charles K. Verhoeven (Cal. Bar No. 170151) | jeff@dovel.com |
| 3 | charlesverhoeven@quinnemanuel.com | Simon Franzini (State Bar #287631) |
| | Michelle A. Clark (Cal. Bar No. 243777) | simon@dovel.com |
| 4 | michelleclark@quinnemanuel.com | 201 Santa Monica Blvd., Suite 600 Santa Monica, California 90401 |
| 5 | Jordan R. Jaffe (Cal Bar No. 254886) | (310) 656-7066 |
| | jordanjaffe@quinnemanuel.com | (310) 656-7069 (facsimile) |
| 6 | 50 California Street, 22nd Floor San Francisco, California  94111 | Attorneys for Defendants SimpleAir, Inc., |
| 7 | (415) 875-6600 (415) 875-6700 (facsimile) | John Payne, and Tim von Kaenel. |

Patrick T. Schmidt (Cal. Bar No. 274777)
patrickschmidt@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
(213) 443-3100 (facsimile)

Attorneys for Plaintiff Google Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., | CASE NO.  2:16-cv-3758 |
| Plaintiff, | **STIPULATION RE: AGREED REQUEST FOR STAY PENDING APPEAL OF RELATED LITIGATION** |
| v. | |
| SIMPLEAIR, INC.; JOHN PAYNE; and TIM VON KAENEL, | |
| Defendants. | |

| | |
|---|---|
| 1 | WHEREAS the court in *SimpleAir, Inc. v. Google Inc.*, Case No. 2:16-cv-388-JRG, Dkt. 50 (E.D. Tex.) (entered September 2, 2016) (*SimpleAir IV*) dismissed all claims against Google Inc.'s ("Google") GCM service brought by SimpleAir, Inc. ("SimpleAir") based on claim preclusion and the *Kessler* doctrine; |

WHEREAS the court in *SimpleAir, Inc. v. Google Inc.*, Case No. 2:16-cv-388-JRG, Dkt. 50 (E.D. Tex.) (entered September 2, 2016) (*SimpleAir IV*) dismissed all claims against Google Inc.'s ("Google") GCM service brought by SimpleAir, Inc. ("SimpleAir") based on claim preclusion and the *Kessler* doctrine;

WHEREAS SimpleAir has filed a notice of appeal of those claims, now pending before the Federal Circuit;

WHEREAS, Google has also raised claim preclusion and the *Kessler* doctrine as barring SimpleAir's claims in this action, *Google Inc. v. SimpleAir, Inc.*, Case. No. 2:16-cv-3758 (C.D. Cal.) (*SimpleAir V*);

WHEREAS, the parties agree that resolution of the *SimpleAir IV* appeal will likely be relevant to and may simplify this Court's resolution of the claim preclusion and *Kessler* doctrine issues raised by Google in *SimpleAir V*;

NOW, WHEREFORE, the parties hereby request that this action be stayed pending resolution of the appeal in *SimpleAir IV*. The parties agree to jointly notify the Court within 10 days of the resolution of the *SimpleAir IV* appeal.

Dated: November 1, 2016

Respectfully submitted,

DOVEL & LUNER, LLP
By: */s/ John Jeffrey Eichmann*
John Jeffrey Eichmann
*Attorney for Defendants SimpleAir, Inc., John Payne, and Tim von Kaenel.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
By: */s/ Jordan R. Jaffe*
Jordan R. Jaffe
*Attorneys for Google Inc.*